UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>                                Plaintiff,<br><br>       v.<br><br>E. NORMAN, *et al.*,<br><br>                                Defendants. | Case No. C24-1465-MJP-MLP<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME AND FOR COPIES |

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's motions for an extension of time to file his amended complaint (dkt. # 7), and for an order directing the Clerk to provide him a copy of his original complaint (dkt. # 8). Plaintiff asserts in his motion for extension of time that he requires additional time to prepare and file his amended complaint because he does not have a copy of his original complaint to reference. (Dkt. # 7.) Plaintiff also asserts that he is faced with other difficulties that hinder timely compliance with the Court's deadlines, such as being forced to prepare legal documents with half-sized pencils. (*Id.*)

Plaintiff asserts in his companion motion requesting he be provided a copy of his original complaint that the King County Correctional Facility ("KCCF") does not provide photocopy

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME - 1

services to detainees, that he therefore did not have the ability to copy his original complaint before he filed it, and that he cannot adequately review and correct deficiencies in his amended complaint without having access to a copy of his original complaint. (Dkt. # 8.)

The Court is satisfied that an extension of time to file an amended complaint is warranted and will grant the requested extension. With respect to Plaintiff's request for a copy of his original complaint, Plaintiff is advised that litigants are expected to retain copies of their submissions and are typically required to pay for copies of documents requested from the Clerk, even litigants who are proceeding *pro se*. Though the Court is willing, on this occasion, to provide Plaintiff a copy of his original pleading so that he may prepare an amended pleading, any future requests for copies will be processed only upon submission of the requisite copy fee. The fact that KCCF does not provide photocopy services does not relieve Plaintiff of the obligation to retain copies of his submissions, even if this means Plaintiff has to prepare handwritten copies of his documents before he submits them.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time to file his amended complaint (dkt. # 7) is GRANTED. Plaintiff is directed to file his amended complaint not later than ***January 3, 2025.***

(2) Plaintiff's motion for an order directing the Clerk to provide him a copy of his original complaint (dkt. # 8) is GRANTED. The Clerk is directed to send Plaintiff a copy of his original complaint (dkt. # 5). As noted above, any future requests for copies must be accompanied by the requisite copy fee.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Marsha J. Pechman.

DATED this 27th day of November, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME - 3