UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>      Plaintiff,<br><br> v.<br><br>TROY BACON, *et al*.,<br><br>      Defendants. | Case No. C24-1465-MJP<br><br>ORDER DENYING DEFENDANT BARBARA WAKEEN'S MOTION TO DISMISS |

The Court, having reviewed Plaintiff's amended complaint, Defendant Barbara Wakeen's motion to dismiss, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 57), any objections thereto, and the remaining record, hereby finds and ORDERS:

  (1) The Report and Recommendation is approved and adopted.

  (2) Defendant Barbara Wakeen's motion to dismiss (dkt. # 43) is DENIED.

//

//

//

//

ORDER DENYING DEFENDANT
BARBARA WAKEEN'S MOTION
TO DISMISS - 1

  (3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Peterson.

  DATED this 10th day of September, 2025.

            MARSHA J. PECHMAN
            United States District Judge

ORDER DENYING DEFENDANT
BARBARA WAKEEN'S MOTION
TO DISMISS - 2