UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAY C. ROGERS,

                    Plaintiff,

    v.

EDWARD NORMAN, *et al*.,

                  Defendants.

Case No. C24-1465-LK-MLP

ORDER DENYING MOTION TO STAY

This is a *pro se* civil rights action proceeding under 42 U.S.C. § 1983. Pending before this Court is Plaintiff Ray Rogers's motion to stay these proceedings. (Dkt. # 65.) Plaintiff argues in his motion that the stay is necessary because of his impending transfer from the King County Jail where he has been confined during the pendency of this case to date, into the custody of the Washington Department of Corrections ("DOC"). (*Id.*) Plaintiff claims he will not have access to his legal documents until he is assigned to a primary facility within the DOC and his legal documents catch up with him. (*See id.*)

Defendant Barbara Wakeen has filed a response opposing what she construes to be a request for an indefinite stay. (Dkt. # 66.) Defendant argues that Plaintiff's transfer appears to be complete as, at the time of her response, he had been transferred to the Washington Corrections

ORDER DENYING MOTION TO STAY - 1

Center, a DOC facility. (*Id*. at 3.) Defendant argues that an indefinite stay "would interfere with the orderly course of justice in this matter," but indicates she does not oppose a brief stay under the circumstances, one not exceeding 30 days. (*Id.*)

Plaintiff, in his reply brief, acknowledges that he has been transferred to WCC, which he explains is a DOC receiving facility where inmates are held while being classified before being transferred to a permanent facility. (Dkt. # 68.) Plaintiff maintains that pursuant to DOC policy he is not allowed to possess his legal documents until he reaches his assigned facility. (*Id.*) Defendant, by way of a sur-reply, advises Plaintiff has now been transferred to a permanent facility and asserts his motion to stay is therefore moot. (Dkt. # 70.) On March 3, 2026, the Court received notice from the DOC that Plaintiff had been transferred to the Airway Heights Corrections Center in Airway Heights, Washington. (*See* dkt. # 71.)

The Court is not persuaded Plaintiff's motion is moot as it is not known whether he has received his legal documents at this juncture. However, the Court is also not persuaded that a stay is necessary or appropriate at this time. There are no pending deadlines in this case which require any action from Plaintiff. At present, there is a motion to dismiss filed by the King County defendants that is awaiting final resolution by the Honorable Lauren King. Until that motion is resolved, this Court will not issue a scheduling order establishing discovery and dispositive motion filing deadlines. While the absence of a scheduling order does not preclude Plaintiff and Defendant Wakeen from engaging in discovery should they choose to do so, any associated deadlines will be those set forth in the Federal Rules of Civil Procedure and the Local Civil Rules for the Western District of Washington, not ones imposed by the Court.

Based on the foregoing, the Court hereby ORDERS as follows:

(1)    Plaintiff's motion to stay (dkt. # 19) is DENIED.

ORDER DENYING MOTION TO STAY - 2

(2)      The Clerk is directed to send copies of this Order to Plaintiff, to all counsel of record, and to Judge King.

DATED this 6th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING MOTION TO STAY - 3